IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROCKY D. JOHNS, JR.**  **PLAINTIFF**
**ADC #163599**

v.  No. 4:23-CV-00289-LPR

**DEANGELO EARL, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE